

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:     01-13-00487-CV

Style:     Cynthia Goodie

**v** Madison Barnwell partnership Mr. Robert Barnwell, Wanda Barnwell and Cathy Ulmer

Date motion filed[*]:     May 21, 2014

Type of motion:     Extension of time to file appellant's brief

Party filing motion:     Appellant

Document to be filed:     Appellant's Brief

If motion to extend time:

     Original Due Date:     April 7, 2014

     Number of previous extensions granted:     2     Current Due Date: May 30, 2014

     Date Requested:     Unspecified date in September/October 2014

Ordered that motion is:

     ☐     Granted
             If document is to be filed, document due:

             ☐     The Clerk is instructed to file the document as of the date of this order
             ☐     Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☑     Denied

     ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant has filed a motion requesting that we extend the time for filing her appellant's brief to a date in either September or October 2014. Appellant's motion is **denied**. Appellant is **ordered** to file her brief by no later than **July 1, 2014**. If appellant's brief is not filed by July 1, 2014, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

Judge's signature: /s/Jane Bland
             ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:  May 22, 2014